UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ILYA LICHTENSTEIN, and

HEATHER MORGAN

Defendant.

Case No. 22-mj-22

Chief Judge Beryl A. Howell

### DECLARATION OF ANIRUDH BANSAL
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Anirudh Bansal, hereby declare:

1. My name, office address, and telephone number are as follows:

    Anirudh Bansal

    32 Old Slip

    New York, NY 10005

    (212) 701-3207

2. I have been admitted to the following courts and bars: the State of New York, the Southern District of New York, the Eastern District of New York, the Western District of Michigan, and the Second Circuit U.S. Court of Appeals.

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office in the District of Columbia, nor am I a member or the D.C. bar or have a pending application for membership.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York New York, this 9th day of February, 2022.

Dated: February 9, 2022

Respectfully submitted,

Anirudh Bansal
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3207
abansal@cahill.com