# Exhibit 1

```
Vetted Vendors
====
Name: ███████
Telegram: @██████
Jabber: ██████@exploit.im
Product: Debit Cards of all kinds, exchange accounts, etc
Forum Thread:
https://████████████.onion ████████████████████████████████████
████████████████████████████████
Rating(1-5): 5
Notes: good vendor + selection. courier to UA emspost?


Name: ██████
Telegram: ████████
Jabber: █████████@exploit.im
Product: QIWI/Yandex Cards
Forum Thread:
https://████████████.onion ████████████████████████████████████
████████████████████████
Rating(1-5): 5
Notes: good vendor+forum moderator


Vendors To Try
====
Name: ████████
Telegram: @█████████
Jabber:
Product: BTC exchanger, can exchange for cash in UA Kiev
Forum Thread:
Rating(1-5):
Notes:


Name: ███████
Telegram: @████████████
Jabber: ██████████@xmpp.jp
Product: Bank Debit Cards(UA) on drops
Forum Thread:
https://████████████.onion/████████████████████████████████████
████████████████████████
Rating(1-5):
Notes: can they last long?. Located in Ukraine

Name: ████████
Telegram: @██████████
Jabber: ████████@exploit.im
```

```
Product: Bank Debit Cards(UA), also Payoneer, Epayments
Forum Thread:
Rating(1-5):
Notes:


Name: ███████
Telegram: @████████
Jabber: ████████@exploit.im
Product: Debit cards for white cases
Forum Thread:
https://████████████.onion/████████████████████████████████████
████████████████████████████████████
Rating(1-5):
Notes:


Name: @██████
Telegram: @██████
Jabber:
Product: Debit Cards from RU banks
Forum Thread:
https://████████████.onion/████████████████████████████████████
████████████████████████████████████████████████████████████████
Rating(1-5):
Notes: long time vendor


Name: ████████
Telegram: @████████████
Jabber: ████████████████
Product: debit cards with guarantee for keeping funds (up to 300K RUB)
Forum Thread:
https://████████████.onion ████████████████████████████████████
████████████████████████
Rating(1-5):
Notes:


Name: ████████
Telegram: @████████
Jabber:
Product: payoneer accounts
Forum Thread:
https://████████████.onion/████████████████████████████████████
████████████████
Rating(1-5):
Notes:
```

Name: ▮▮▮▮▮
Telegram: @▮▮▮▮▮
Jabber:
Product: Bulk Yandex Money cards(no name)
Forum Thread: https:/▮▮▮▮▮.onion/▮▮▮▮▮
Rating(1-5):
Notes:

Name: ▮▮▮▮▮
Telegram: @▮▮▮▮▮
Jabber: ▮▮▮▮▮
Product: Yandex/QIWI cards and accounts
Forum Thread: https://▮▮▮▮▮.onion/▮▮▮▮▮/
Rating(1-5):
Notes:

Name: ▮▮▮▮▮
Telegram: @▮▮▮▮▮
Jabber:
Product:
Forum Thread: https://▮▮▮▮▮.▮▮▮▮▮
Rating(1-5):
Notes: Online store, includes exchange accounts!. Other stores: ▮▮▮▮▮

Name: ▮▮▮
Telegram: @▮▮▮▮▮
Jabber: ▮▮▮▮▮
Product: yandex/qiwi cards, debit cards
Forum Thread: https://▮▮▮▮▮.onion/▮▮▮▮▮
Rating(1-5):
Notes: online shop: ▮▮▮▮▮ delivery

Name: ▮▮▮▮
Telegram: @▮▮▮▮
Jabber:
Product: bank debit cards

```
Forum Thread:
https://                    .onion


Rating(1-5):
Notes: long time vendor since


Name:
Telegram: @B
Jabber:        @
Product: Bank debit cards on drops, can guarantee 12 months. Also can make cards for
our scans.
Forum Thread:
https://                    .onion


Rating(1-5):
Notes: uses a variety of couriers like Dimex, DHL

Name:
Telegram: @
Product: Reliable debit cards
Rating: 3
Notes: Delivered from spb to Kiev fast!

Name:
Telegram: @
Jabber:
Product: Debit cards for drops, 3 months guarantee
Forum
Thread:https://            .onion/


Rating(1-5):
Notes:

Name:
Product: quality longterm debit cards
Jabber:              @
Notes:              , good for long term. has corp cards

Telegram: @
Direct yandex vendor, others are resellers


EU Digital Currency Accounts
======

Name:
Telegram:
Jabber:            @exploit.im
Product: Cards for your scans/name, EXCHANGE ACCOUNT VERIFICATION, Payoneer/Skrill
```

```
accounts
Forum Thread:
https://███████████.onion/███████████
███████████████
Rating(1-5): 4
Notes:


Name: ███████████████
Telegram: @████
Jabber: ████
Product: EU online payment accounts(███████████)
Forum Thread:
https://███████████.onion███████████
████████████████████████████████
Rating(1-5):
Notes:


Name: ████████. Online store: ███████████████
Telegram: @████████
Jabber: ██████@exploit.im
Product: EU Neteller and Skrill cards, webcam verification service
Forum Thread:
https://███████████.onion███████████
███████████████
Rating(1-5):
Notes: Ask about delivery to Ukraine, how it works


Offshore Companies and Bank Accounts
====

Name: ███████████
Telegram: @████
Jabber:
Product: Opening offshore companies and bank accounts
Forum Thread:
Rating(1-5):
Notes: Urgently selling Cyprus company

Name: ███████
Telegram: ████████ @████████
Jabber:
Product: ready-made companies with corporate bank account. sell US company
Forum Thread:
https://███████████.onion/███████████
████████
```

```
Rating(1-5): 4
Notes: longtime vendor/advertiser

Passports/ Documents
=====
Name: ███████
Telegram: @███████
Jabber: ████████@exploit.im
Product: Ukraine internal passport fakes/photo paste
Forum Thread:
https://████████████.onion/████████████████████
Rating(1-5): 4
Notes: internal delivery in Ukraine via Novaya Pochta. Site to verify passport
status: https://nd.dmsu.gov.ua/
```