# EXHIBIT 9

DEFENDANT'S
EXHIBIT
_____

February 12, 2022

Chief Justice Beryl A. Howell
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C., 20001

Dear Chief Justice Howell,

I am Heather Morgan's mother, Gale Morgan.  I am a retired credentialed public school teacher-librarian, with much of my career spent at the high school level.  Heather is our only child.

My husband, Lee Morgan (Heather's father), and I were staying with our daughter and Ilya Lichtenstein when the police came and arrested them.  We had been there to help with Heather's surgery recovery the week before.  I have had similar surgery and know the recovery can be challenging.  We attended the hearing for bail and were asked if we would be willing to put up our home as collateral and sign a 3 million dollar bond to ensure she was not a flight risk.  We immediately agreed to do so because we know she is not a flight risk.  Heather knows that would devastate us financially for the rest of our lives.  Even more so, she knows that it would devastate us emotionally as well.  Heather, her father, and I are very close.  Heather and I often do different projects together, be it art or learning to put up wallpaper.  We have a great many interests we share.  Most recently, I've been teaching her to sew.  Last year, once I was fully vaccinated, I came and visited her 6 times, a couple more times than most years, but we had missed seeing each in person after the pandemic.  We talk on the phone often and we help each other see the world through our different experiences and ages.

I mentioned earlier that my husband and I were there to help care for her after her surgery.  Heather has done the same for me.  A few years ago when I was diagnosed with breast cancer, she insisted on being there to help.  And when she was in 11 and I had a life-threatening kidney stone, she was the one who called her father and told him he needed to come home right away to take me to the hospital. She makes sure she is there for us if we need her.

I know a number of Heather's friends, as she asks me to meet them and often invites them over when I visit.  Heather has the gift of bringing people together, so many of her friends become friends with each other.  I have had many of her friends reach out to me after the heavy media coverage asking if she is okay and wanting to know what they can do to help.  These strong  connections matter to her.

When Heather was 4, we moved from where we were living so that she could be close to grandparents and other extended family as she was growing up.  She spent almost as much time at my parents' house as ours.  My father has since passed away but she remains very close to my mother, who baked her favorite persimmon cookies to send with us when we came to help Heather after surgery.

Heather's ties to the people who love and care for her are too strong for her to be a flight risk.

Sincerely,


Gale Morgan
Heather Morgan's mother