# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 22-MJ-22 |
| **ILYA LICHTENSTEIN, and HEATHER MORGAN,** | |
| Defendant. | |

## ORDER

Upon consideration of the government's Unopposed Motion to Continue Status Hearing and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the status hearing currently scheduled for March 29, 2023, is continued for good cause to May 26, 2023, at 1:00 PM before United States Magistrate Judge Robin M. Meriweather; it is further

**ORDERED** that the time between March 29, 2023, and May 26, 2023, be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by granting such continuance outweigh the interests of the public and the Defendants in a speedy trial, as the continuance will provide the parties additional time to produce and review discovery and will facilitate a potential pretrial resolution of this case.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE